**COMMONWEALTH of Pennsylvania,**
**Respondent,**

v.

**Sherman MACK, Petitioner.**

Supreme Court of Pennsylvania.

June 5, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of June, 2003, the Petition for Allowance of Appeal is hereby **GRANTED** in part, but **LIMITED** to the issue of whether trial counsel was ineffective by failing to file a motion to suppress the evidence found in the second search of Michelle Wilkinson's vehicle and in failing to object to that evidence being introduced into evidence. *See* "Statement Pursuant to Rule 1925(b) of Appellate Procedure," p. 3, para. 2a. The matter is **REMANDED** to the Superior Court for consideration and determination of this is-

sue. In all other respects, the Petition for Allowance of Appeal is **DENIED.**